UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61214 CIV-COOKE

MAGISTRATE JUDGE BROWN

FILED by ___ D.C.
INTAKE
AUG 27 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

THOMAS E. BERG, SR.,

    Plaintiff,

v.

PENN CREDIT CORPORATION,

    Defendant.
_____/

# COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

### JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant sent letters into this District.

### PARTIES

3.    Plaintiff, THOMAS E. BERG, SR., is a natural person who resides in Broward County, Florida.

4. Defendant, PENN CREDIT CORPORATION, is believed to be a corporation with its principal place of business at 916 South 14 Street, Harrisburg, Pennsylvania 17104.

5. Defendant regularly uses the mails and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties. It is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

7. On or about February 6, 2007, Defendant sent Plaintiff a letter seeking to collect a debt with respect to an ambulance service allegedly owed the City of Miami EMS Services ("the February letter"). See Exhibit "A".

8. On or about March 19, 2007, Defendant sent Plaintiff a nearly identical letter, seeking to collect a debt allegedly due the City of Oakland Park ("the March letter"). See Exhibit "B".

9. The two letters were sent within a short period of time.

10. Both letters recite the same dollar amount, recite the same date of service and describe the same services rendered, name same person, and contain the same account numbers, yet Defendant provided no explanation of the confusing circumstances of the two letters, for, by way of example, clarifying

whether the two letters relate to the same debt or two separate debts and whether Defendant was seeking payment for a single debt or two separate debts.

11. By sending two otherwise identical letters but for the switching of the names of the alleged creditor from the City of Miami EMS Service to the City of Oakland Park, the Defendant created confusion with respect to the Plaintiff's right to dispute the validity of the debt as provided by 15 U.S.C §1692g.

12. One of the two letters fail to state the name of the creditor to whom the debt was allegedly owed.

## COUNT I
## FAIR DEBT COLLECTION PRACTICES ACT

13. Plaintiff incorporates Paragraphs 1 through 12.

14. Defendant created confusion about the Plaintiff's right to dispute the validity of the debt by sending two letters within a short period of time that are confusingly identical except for the switching of the names of the alleged creditor in violation of 15 U.S.C §1692g.

15. Defendant failed to state the name of the creditor to whom the debt was allegedly owed in either the February letter or the March letter in violation of 15 U.S.C §1692g(a)(2).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

 a. Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 25 day of August, 2007.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
>
> By:_____
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658

# EXHIBIT "A"



**Penn Credit Corporation**

PO BOX 988
HARRISBURG, PA 17108-0988

800 900-1380
Hours: Mon-Fri 8am-10pm, Sat 8am-12pm
(Eastern Standard Time)

2007/02/06

ID T7338995
BERG THOMAS
4430 NW 19 TERR

FORT LAUDERDALE, FL 33309-9999

CLIENT: City of Miami
TOTAL BALANCE DUE: $496.00

The below referenced account(s) has been assigned to this office for collection. All future communications should be directed to Penn Credit Corporation.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

| SERVICE RENDERED | | SERVICE DATE | ACCOUNT NUMBER | BALANCE |
|---|---|---|---|---|
| 3 TRANSPORT MILEAGE | THOMAS, BERG | 2005/07/20 | 50493801.1 | $496.00 |

This letter is from a debt collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

---

Detach and return with payment to expedite credit to your account

2007/02/06

BERG THOMAS
4430 NW 19 TERR

FORT LAUDERDALE, FL 33309-9999

BALANCE DUE: $496.00

ACCOUNT NUMBER: 50493801.1    TYPE: S

All payments should be mailed to:

City of Miami EMS Services
PO Box 862212
Orlando, Florida 32886-2212

Please make check payable to: City of Miami

PAYMENT AMOUNT: _____

PENN CREDIT CORPORATION
NBZMIA

# EXHIBIT "B"



PO BOX 988
HARRISBURG, PA  17108-0988



| 800 900-1372 |
| --- |
| Hours: Mon-Thur 8am-10pm, Fri 8am-5pm, Sat 8am-12pm (Eastern Standard Time) |

2007/03/19

ID T7338995
BERG THOMAS
4430 NW 19 TERR

FORT LAUDERDALE, FL 33309-9999

CLIENT: City of Oakland Park
TOTAL BALANCE DUE: $496.00

The below referenced account(s) has been referred to this office for collection. All future payments and communications should be directed to Penn Credit Corporation.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

| SERVICE RENDERED | | SERVICE DATE | ACCOUNT NUMBER | BALANCE |
| --- | --- | --- | --- | --- |
| 3 TRANSPORT MILEAGE | THOMAS, BERG | 2005/07/20 | 50493801.1 | $496.00 |

This letter is from a debt collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

---

Detach and return with payment to expedite credit to your account

2007/03/19

BERG THOMAS
4430 NW 19 TERR
FORT LAUDERDALE, FL 33309-9999

ID NUMBER: T7338995
BALANCE DUE: $496.00

Call our toll free number and pay using check by phone.

If you wish to pay by credit card, please enter the requested information in the spaces provided.

Check one:   ☐ Visa
             ☐ Mastercard

Card #: __ __  __ __ __ __  __ __ __ __  __ __ __ __
Expiration Date: ___/___/_____

Signature: _____

PENN CREDIT CORPORATIC
NR7PC

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**MAGISTRATE JUDGE BROWN**
**07-61214**
**CIV-COOKE**

FILED by ____ D.C.
INTAKE
AUG 27 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

**I(a) PLAINTIFFS**
Thomas E. Berg, Sr.

**DEFENDANTS**
Penn Credit Corporation

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Broward**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Donald A. Yarbrough, Esq. Post Office Box 11842
Fort Lauderdale, FL 33339, Telephone (954) 537-2000

ATTORNEYS (IF KNOWN)
07cv/61214-Cooke-Brown

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only) (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporation and Principal Place of Business in This State | [ ] 1 | [ ] 1 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 3 | [ ] 3 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** 1-2 days estimated (for both sides) to try entire case   15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle | ☐ 380 Other Personnel Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities /Commodities /Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 442 Employment | ☐ 530 General* | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 540 Mandamus & Other* | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights *A or B | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | | | | | ☒ 890 Other Statutory Actions* *A or B |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- [x] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Refiled
- [ ] 5. Transferred from another district (specify)
- [ ] 6. Multidistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P.23   CLASS ACTION No   DEMAND $ N/A
☐ Check YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE ____   DOCKET NUMBER ____

DATE: August 25, 2007   SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

FOR OFFICE USE ONLY: Receipt No. ____   Amount: 350.00   Date Paid: ____   M/ifp: ____

540824

S/F 1-2
REV. 9/94

FTL/LINP/266449/5pld01!.DOC/8/25/07/26094.010400