UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 07-61214-Civ-Cooke/Brown

THOMAS E. BERG, SR.,

    Plaintiff,

v.

PENN CREDIT CORPORATION,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, THOMAS E. BERG, SR., notifies the Court that the parties have reached a settlement in writing. The parties settlement agreement requires conclusion of the settlement process no later than October 5, 2007. Plaintiff will file a voluntary dismissal with prejudice no later than October 5, 2007.

        Respectfully submitted,

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Fort Lauderdale, Florida 33339
        Telephone: (954) 537-2000
        Facsimile: (954) 566-2235
        donyarbrough@mindspring.com

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 07-61214-Civ-Cooke/Brown

THOMAS E. BERG, SR.,

    Plaintiff,

v.

PENN CREDIT CORPORATION,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 23, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/Donald A. Yarbrough
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Thomas D. Perrotta
Penn Credit Corporation
916 South 14 Street
Harrisburg, PA 17104
Telephone: 717-238-7124
Facsimile: 717-238-5693

Via Facsimile and U.S. Mail